In the Matter of the Judicial Settlement of the Account of ALFRED J. KENNEDY, as Administrator of JULIA MELCHERS, Also Known as JULIA MELCHER, JULIA JULCHEN and JULCHEN MELCHERS, Deceased. LUDWIG RUPP, WILLIAM RUPP, IDA RUPP, ELSE RUPP, and SHERWOOD P. RICHARDS, as Special Guardian for Unknown Distributees, Appellants; ALFRED J. KENNEDY, as Administrator of JULIA MELCHERS, also Known as JULIA MELCHER, JULIA JULCHEN and JULCHEN MELCHERS, JULIA METZNER, and Hon. JOHN J. BENNETT, JR., Attorney-General

of the State of New York, for the People of the State of New York, Respondents.— Appeal from so much of a decree of the Surrogate's Court of Queens county settling the account of the administrator as directs the payment to Julia Metzner of $2,235.40, with interest, and sustains as valid a gift *causa mortis* made by the decedent to said claimant on March 13, 1936. Decree, in so far as appealed from, unanimously affirmed, with costs to respondent Julia Metzner, payable out of the estate. No opinion. Present — Hagarty, Carswell, Davis, Adel and Close, JJ.